# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUBEN MARQUEZ-AGAPITO,
INDIVIDUALLY,

          Appellant,

vs.

ROBERT CALDERON, INDIVIDUALLY,

          Respondent.

No. 77934

**FILED**

AUG 14 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

By: _____

cc:    Hon. Nancy L. Allf, District Judge
       Persi J. Mishel, Settlement Judge
       Glen Lerner Injury Attorneys
       Ranalli Zaniel Fowler & Moran, LLC/Henderson
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-34087